FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SIMONSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRISTATE DISTRIBUTORS, INC., a Washington corporation,<br><br>Defendant. | No. 2:17-CV-00107-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 11, 2018, the parties filed a stipulated dismissal, ECF No. 29. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Dismissal With Prejudice and Without Costs to Any Party, **ECF No. 29**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge